No. 10,006.

SIDENER v. DAVIS ET AL.

PRACTICE.—*Change of Venue.—Motion to Remand.—New Trial.*—The ruling of a court in remanding, or in rescinding an order remanding, a cause to the court whence it had been removed by a change of venue will not be reviewed on appeal unless made a cause in the motion for a new trial.

SAME.—*Bill of Exceptions.*—An exception to the rescinding of an order remanding a cause to the court whence the venue had been changed is not available when the bill of exceptions does not show the remanding order, nor when and for what reason it was made.

SAME.—*Assessment of Damages.*—The Supreme Court will not consider, upon conflicting evidence, whether or not the assessment of damages is excessive.

From the Decatur Circuit Court.

*J. D. Miller, F. E. Gavin, ——— Burns* and *G. W. Cooper*, for appellant.

*J. S. Scobey, R. Hill* and *W. H. Martz*, for appellees.

WOODS, C. J.—It is claimed that the court erred in rescinding an order remanding the cause to the Bartholomew Circuit Court for trial, and in overruling the motion for a new trial.

If there was any error in rescinding the order remanding the cause to the court in which it originated, it should have been, but was not, made a cause in the motion for a new trial. Such is the rule in reference to the granting or refusing of a

·change of venue. *Bane* v. *Ward*, 77 Ind. 153. And the same practice is applicable to orders for the remanding of a cause to the court whence the change was taken. Besides, the bill ·of exceptions on this subject does not show the order for the remanding· of the cause, nor when and for what reasons it was ·made ; and without these the correctness of the vacating order ·can not be considered.

It is claimed that there was error in the assessment of ·damages, but the question arises upon conflicting evidence, ·and is not available on appeal.

Judgment affirmed.